# GRECO ♦ NEYLAND, PC
## ATTORNEYS AT LAW

July 31, 2017

Honorable Judge Frederic Block
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>*Via Electronic Filing (ECF)*</u>

Re: <u>United States of America v. Robert Burgos [Dkt. No. 17-329(FB)]</u>

Dear Judge Block,

My client has respectfully asked that his travel restrictions for pre-trial conditions be modified such that he be allowed to travel to Gainesville, FL, on the following dates:

August 2, 2017 (8:00am – 10:00pm)
August 19, 2017 (8:00am – 10:00pm)

The purpose for this trip is for Mr. Burgos to pick his son up from the University of Florida on August 2, 2017, and bring him home for a couple of weeks. The second date is for the return trip on August 19, 2017 to drop my client's son off at the University of Florida in anticipation of the new school year.

The address Mr. Burgos needs to travel to is:

1310 Museum Rd.
Gainesville, FL

Mr. Burgos is requesting to leave his house at 8:00am and return by 10:00pm the same day (on both dates).

We have spoken with AUSA Alicia Washington, and she has informed me that the government takes no position, but defers to pre-trial services.

We spoke to David Farinacci, with United States Probation, and he informed me via email that he has no objection to this travel request.

Thank you in advance for your attention to this matter.

Respectfully,

GRECO ♦ NEYLAND, PC

*Jeff Greco*

Jeff Greco

cc:   AUSA Alicia Washington, via ECF & electronic mail